IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| *IN RE:* <br> NON-JUDICIAL CIVIL FORFEITURE <br> PROCEEDING <br><br> Assets:  Miscellaneous Jewelry; <br>           Miscellaneous Firearms and <br>           Ammunition <br> FBI Case No.:  245D-AT-3139049 <br> Athens-Clarke County, Georgia; <br><br> **Referred for judicial action.** <br><br> **Mary Nguyen, and** <br> **Ranko Lunic** <br>     Claimants. | MISC NO.: 3:22-MC-00001 (CAR) |

### SECOND ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO COMMENCE JUDICIAL ACTION

The United States, as authorized by Title 18, United States Code, Section 983(a)(3)(A)-(C), having moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against property or to include in an indictment alleging that property is subject to forfeiture to which an administrative claim has been filed by Claimants Mary Nguyen and Ranko Lunic in a non-judicial civil forfeiture proceeding commenced by the United States Department of Justice, Federal Bureau of Investigation, the property consisting of the following, to wit:

**MISCELLANEOUS JEWELRY**

    A.    One (1) pair of Mikimoto pearl earrings;

B. One (1) ladies 18K white gold Mikimoto pearl/diamond pendant;

C. One (1) ladies Rolex stainless steel/rose gold Oyster Perpetual Datejust 31mm, Model: 178271, Serial Number: D75PO259;

D. One (1) Rolex stainless steel Oyster Perpetual Datejust 36mm with 10-diamond dial, Model: 16234; Serial Number: E233367;

E. One (1) pair of Levian 14K white gold white & chocolate diamond and aquamarine earrings;

F. One (1) 18K white gold channel diamond earrings; and

G. One (1) Mens Rolex stainless steel Oyster Perpetual Datejust 41mm, Model: 126331, Serial Number: F724R199

**MISCELLANEOUS FIREARMS, MAGAZINES, AND AMMUNITION**

A. One (1) Remington, Model: 700, 30-06 caliber rifle, Serial Number: E6409052;

B. One (1) High Standard, .22 caliber Derringer, Serial Number: D76167;

C. One (1) Winchester, 12 gauge shotgun upper, Serial Number: L3534333;

D. One (1) Glock, Model: 19X, 9mm pistol, Serial Number: BRRD876;

E. One (1) Marlin, Model: 60, .22 caliber rifle, Serial Number: 93435329;

F. One (1) black rifle upper;

G. One (1) Smith & Wesson, Model: 19, .357 caliber revolver, Serial Number: ADH0909;

H. One (1) Zastava, Model: PAP M92PV, 7.62 caliber pistol, Serial Number: M92PV000438;

I. One (1) Browning, Model: A-Bolt, .308 caliber rifle, Serial Number: 78986MV351;

J. One (1) Zastava, Model: M75, 12 gauge shotgun, Serial Number: 19430V;

K. One (1) Glock, Model: 19X, 9mm pistol, Serial Number: BRRA118;

L. Smith & Wesson, Model: 36, .38 revolver, Serial Number: BFP1077;

M. One (1) Cobra Enterprises, Model: CLB9, 9mm derringer, Serial Number: D142944;

N. One (1) Smith & Wesson, Model: M&P 40, .40 caliber pistol, Serial Number: HSM1973;

O. Three (3) rounds of 30-06 caliber ammunition;

P. Eight (8) auto rounds of .32 caliber ammunition;

Q. Four (4) special rounds of .44 S&W caliber ammunition;

R. Fourteen (14) rounds of .357 caliber ammunition;

S. Twenty (20) rounds of 50 AE caliber ammunition;

T. One (1) round of 50 caliber ammunition;

U. Six (6) rifle magazines;

V. Ten (10) pistol magazines;

W. One (1) brown magazine;

X. One (1) gray magazine;

Y. Thirty (30) rounds of .223 caliber ammunition;

Z. One (1) black magazine;

AA. Twenty-seven (27) rounds of 7.62x39 caliber ammunition;

BB. One (1) black rifle magazine;

CC. Three (3) black pistol magazines;

DD. Four (4) brown pistol magazines;

EE. One (1) silver pistol magazine;

FF. One (1) black pistol magazine;

GG. Four (4) rounds of .45 caliber ammunition;

HH. One (1) black pistol magazine;

II. Six (6) rounds of .40 caliber ammunition;

JJ. One (1) magazine;

KK. Seventeen (17) rounds of 9mm ammunition; and

LL. Sixteen (16) rounds of .380 caliber ammunition.

(hereinafter referred to as the "subject property").

The United States having represented to the Court as follows:

1. All of the written notices of intent to forfeit, required by 18 U.S.C. § 983(a)(1)(A) to be sent by the United States Department of Justice, Federal Bureau of Investigation ("FBI") to interested parties have been sent.

2. On or about January 3, 2022, FBI received an Administrative Claim asserting an interest in the miscellaneous jewelry (except for the Mens Rolex watch) from Claimant Mary Nguyen.

3. On or about January 4, 2022, FBI received an Administrative Claim asserting an interest in the Mens Rolex Watch and miscellaneous firearms, magazines and ammunition from Claimant Ranko Lunic.

4. The time has expired for any other person to file a claim to the subject property under 18 U.S.C. § 983(a)(2)(A)-(E).

5. No other persons have filed a claim to the subject property as required by law in this non-judicial civil forfeiture proceeding.

6. The FBI referred the subject property to the United States Attorney for the Middle District of Georgia, and the time to file a civil forfeiture complaint expired on April 3, 2022.

Claimants Mary Nguyen and Ranko Lunic having been given notice and an opportunity for hearing on the United States' Motion regarding the subject property; and the United States having shown good cause for such an extension and requesting an extension of the statutory deadline as to prevent the unnecessary expenditure of public resources and funds by making it unnecessary to file a complaint for forfeiture against the subject property, which may be followed by an indictment alleging that the property is subject to forfeiture, it is;

ORDERED, under 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the subject property and/or include in a criminal indictment alleging that the property is subject to forfeiture, is extended to August 1, 2022.

SO ORDERED, this 1st day of June, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PETER D. LEARY
UNITED STATES ATTORNEY


/s/ MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001